UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAIN MANAGEMENT TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:09 CV 1546 |
| vs. | ) ) | JUDGE PATRICIA A. GAUGHAN |
| MURRAY ELECTRONICS ASSOCIATES, LP., | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.9, please take notice that Gregory J. Krabacher of the law firm Bricker & Eckler LLP, 100 South Third Street, Columbus, Ohio 43215-4291, is hereby substituted in place of Lana K. Guthrie, of Bricker & Eckler, LLP, as counsel for Defendant Murray Electronics Associates, LP.  Please direct all future filings and correspondence relating to this matter to Attorney Krabacher.

Dated this 5th day of August 2009.

Respectfully submitted,

*/s/ Gregory J. Krabacher*
Gregory J. Krabacher (0079259)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215
Telephone: (614) 227-2369
Facsimile:  (614) 227-2390
E-mail:  gkrabacher@bricker.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2009, the foregoing, Defendant's Notice of Substitution of Counsel, was filed electronically with the Clerk of Court using the CM/ECF system and was thereby served upon all counsel and parties registered to receive notice of filings in this matter.

/s/ *Gregory J. Krabacher*
Gregory J. Krabacher
